NO. SCWC-10-0000158

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

JOSEPH CALARUDDA, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. CAAP-10-0000158; CR. NO. 06-1-1337)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba,
and McKenna, JJ., and Circuit Judge Ayabe,
in place of Duffy, J., recused)

The Application for Writ of Certiorari filed on March

15, 2012 by Petitioner/Defendant-Appellant Joseph Calarruda is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, April 10, 2012.

Shawn A. Luiz
for petitioner/
defendant-appellant,
on the application.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Bert I. Ayabe

